**Order filed May 28, 2015.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-15-00240-CV
_____

**BRANT OILFIELD MANAGEMENT & SALES, INC., Appellant**

**V.**

**MOUNTWEST, INC., Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 321010127**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the 127th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On March 24, 2015, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant has not provided this court with proof of payment for the record.

Accordingly, we order appellant to file a brief in this appeal on or before **June 29, 2015**. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM